

## Court Of Appeals
## Fourth Court of Appeals District of Texas
## San Antonio

★ ★ ★       ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00113-CV

**IN RE CAMDEN RESOURCES, INC., J.F. WELDER HEIRS, LTD., J.F. WELDER HEIRS MANAGEMENT CO., L.L.C., and HELMERICH & PAYNE, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice

Delivered and Filed: May 19, 2010

PETITION FOR WRIT OF MANDAMUS DISMISSED

On May 11, 2010, relators filed a motion to dismiss, asking this court to dismiss this mandamus proceeding because the parties have a reached a resolution to the dispute. Accordingly, relators' petition for writ of mandamus is DISMISSED AS MOOT. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-06-265, styled *Jose Garcia v. Camden Resources Inc., Newfield Exploration Gulf Coast Pipeline Company L.P., Newfield Exploration Co., and Helmerich & Payne, Inc.*, in the 229th Judicial District Court, Duval County, Texas, the Honorable Alex W. Gabert presiding.